## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | )     CR. NO. 04-16-P-H |
| | ) |
| **JARROD J. SAWYER,** | ) |
| | ) |
| **Probationer** | ) |

### ORDER

This matter came before me this date for a preliminary hearing pursuant to Fed. R. Crim. P. 32.1(a)(1). The probationer appeared with counsel and waived his right to a preliminary hearing. Accordingly, I **_FIND_** probable cause to hold the probationer for a revocation hearing.

The probationer offered no evidence or other information to satisfy his burden of establishing that he will not flee or pose a danger to any other person or to the community. *See* Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a). He must, therefore, be **_DETAINED_** pending the outcome of the revocation hearing.

The probationer is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The probationer shall be afforded a reasonable opportunity for private consultation with his counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the

corrections facility shall deliver the probationer to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

Dated this 17th day of October, 2005.

/s/ David M. Cohen
David M. Cohen
United States Magistrate Judge